**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Lynn Styers,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-12-2332-PHX-JAT<br><br>DEATH PENALTY CASE<br><br>**ORDER OF APPOINTMENT** |

**IT IS HEREBY ORDERED** that Petitioner's Motion for Appointment of Counsel (Doc. 3) is **GRANTED**. Julie S. Hall is appointed as Lead Counsel and Amy B. Krauss is appointed as Co-Counsel for Petitioner in this federal habeas corpus proceeding, *nunc pro tunc* to September 10, 2012. Without express authorization of the Court, counsel shall not be compensated under the Criminal Justice Act (CJA) for representation of Petitioner in state forums or preparation of state court pleadings. Appointment is made pursuant to 18 U.S.C. § 3599(a)(2), and counsel's hourly rate is established pursuant to General Order No. 10-01 of this Court. Counsel are authorized to submit interim CJA vouchers on a semi-monthly basis and are encouraged to review the benchmarks adopted by the District for the review of CJA vouchers, available at the Court's website, www.azd.uscourts.gov (under Attorney Information/CJA Panel Information/Voucher Preparation Information, Benchmarks & Forms).

**IT IS FURTHER ORDERED** that Petitioner's application to proceed *in forma*

*pauperis* (Doc. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Arizona Attorney General shall file a notice of appearance with the Court within **ten (10) days** from the entry of this Order.

**IT IS FURTHER ORDERED** that a copy of this Order be served by the Clerk of Court upon Kent Cattani, Assistant Arizona Attorney General, pursuant to Rule 4, Rules Governing Section 2254 Cases.

**IT IS FURTHER ORDERED** that the Clerk of Court forward a copy of this Order to the CJA Voucher Review Analyst.

DATED this 20th day of November, 2012.

_____
James A. Teilborg
United States District Judge