**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Lynn Styers,<br><br>　　　　Petitioner,<br><br>v.<br><br>Charles L Ryan,<br><br>　　　　Respondent. | No. CV-12-02332-PHX-JAT<br><br>**ORDER**<br><br>DEATH PENALTY CASE |

As ordered by this Court, Styers filed a Brief Demonstrating Cause Why Petition Should Not Be Dismissed. (Doc. 25.) Respondents filed a response asserting that Styers' petition was moot and, alternatively, requesting an extension of the deadline for filing a substantive response to Styers' brief. (Doc. 26.) The Court having reviewed the filings,

IT IS ORDERED that no later than July 10, 2017, Respondents shall file a brief addressing the arguments raised in Styers' brief. Styers may file a reply no later July 17, 2017.

Dated this 9th day of June, 2017.

　　　　　　　　　　　　　　　　*James A. Teilborg*
　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　Senior United States District Judge